UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                Case No. 12-10264 –DHW
                                                                     Chapter 13
Ronald Glen Barnes,

    Debtor.


**ORDER CONDITONALLY DISMISSING BANKRUPTCY CASE**

The chapter 13 trustee filed a motion under 11 U.S.C. § 1307 to conditionally dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on August 7, 2013, and Counsel for the debtor stated he would make the necessary payments to cure the default. Accordingly, it is

ORDERED that this bankruptcy case is DISMISSED on August 22, 2013 if the Debtor has not cured the default. It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case on August 22, 2013, if the debtor has not cured the default.

Dated: August 9, 2013                             /s/ Dwight H. Williams, Jr.
                                                  Chief United States Bankruptcy Judge

c:    Debtor
      Margaret Baxley, Attorney for Debtor
      Curtis C. Reding, Trustee
      All Creditors